1404

*Friday, January 12, 2001*

## MOTION DOCKET

**00–1854.   Jennings Commons Apts., Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 98–A–1234, 98–A–1235 and 98–A–1236. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion to stay the briefing schedule to facilitate settlement,

IT IS ORDERED by the court that the motion to stay the briefing schedule be, and hereby is, granted for a period of twenty days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**99–1633.   Columbia Gas of Ohio v. Zaino.**
Board of Tax Appeals, Nos. 97–K–545, 97–K–546 and 97–K–547. This cause, here on appeal from the Board of Tax Appeals, was considered in the manner prescribed by law. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**00–1947.   State v. Feathers.**
Summit App. No. 19837. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due January 5, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*